

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00789-CR
No. 04-22-00790-CR

Aaron V. **WELGARZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2019-CR-7938; 2019-CR-7939
Honorable Jennifer Peña, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED October 11, 2023.

_____
Lori I. Valenzuela, Justice